CRAIG SQUITIERI, ESQ.
Law Offices of Generoso Squitieri
*2071 Lemoine Avenue*
*P.O. Box 1507*
*Fort Lee, New Jersey 07024-1507*
*(201) 969-8000, Fax No: (201) 969-8100*
**Attorney for Debtors**

| | |
|---|---|
| In Re<br><br>**KEVIN & MARIAN RYAN** | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br><br>CASE NUMBER: **03-37974** (MS) |

## MOTION FOR REFINANCE OF REAL PROPERTY

Kevin & Marian Ryan, by and through their undersigned counsel, respectfully represent and request:

1. Kevin & Marian Ryan, the above-referenced Debtors and Debtors in Possession, filed a Chapter 13 Voluntary Petition pursuant to Title 11 of the United States Code on August 22, 2003.

2. Debtors Chapter 13 Plan was confirmed on March 22, 2004.

3. The Debtors now intend to refinance their home located at 28 Tulip Street, Bergenfield, New Jersey. A copy of the banks commitment is attached hereto as Exhibit "A" and a copy of the appraisal is attached hereto as Exhibit "B". Since there will be enough money to pay 100% of the balance owed to secured creditors and 100% of the balance owed to general unsecured creditors who filed proof of claims, the debtor through the refinance will be able to successfully complete their Chapter 13 now.

4. The Commitment provides for a loan amount of $182,700.00.

5. From the proceeds of the refinance, debtors will pay at closing the amount necessary to fulfill the balance of their existing mortgages with CitiMortgage Inc. and

    Citifinancial Mortgage, closing costs and adjustments, the Debtors exemptions, legal fees, 100% to all unsecured creditors who filed a proof of claim, and any remaining funds to the debtors.

6. As indicated on the attached Certification of Service, all scheduled creditors of the Debtor and the Chapter 13 Trustee have been notified of this proposed refinance.

7. Therefore, the Debtor respectfully requests that this Court enter an Order, (i) authorizing the Debtors to refinance their mortgage(s) in accord with the Banks Commitment and (ii) such other further relief as the Court deems just and proper.

Dated:    May 24, 2004

/s/ Craig Squitieri
CRAIG SQUITIERI
Attorney for Debtors,
Kevin & Marian Ryan

# EXHIBIT "A"

# MORTGAGE LOAN COMMITMENT

| | | | |
|---|---|---|---|
| Applicants: | Kevin G. Ryan<br>Marian Ryan | Lender: | FAIRWAY LENDING GROUP INC<br>31 MERCER ST.<br>HACKENSACK, NJ 07601 |
| Property Address: | 28 Tulip St.<br>Bergenfield, NJ 07621 | | |
| Application No: | 004-05 | Date Prepared: | 05/23/2005 |

It is a pleasure to notify you that your application for a first mortgage loan has been approved subject to the following matters set forth below. See Good Faith Estimate of Settlement Charges for any related closing costs.

## AMOUNT, TERMS AND FEES

| | | |
|---|---|---|
| Amount of Loan: $ 182,700 | Contract Interest Rate: 6.250 % | LTV: 59.016 % |
| Terms/Due in: 360/360 | Commitment Expires: 06/23/2005 | CLTV: 59.016 % |

## REPAYMENT TERMS

## EVIDENCE OF TITLE

The following Evidence of Title is to be provided to the Lender and must indicate no liens, encumbrances, or any adverse covenants or conditions to title unless approved by Lender. The Evidence of Title must be issued from a firm or source, and in a form, acceptable to Lender. **SEE ATTACHED COVER LETTER.**

Borrower will be charged for the cost of providing such title and the cost of recording documents, all of which will be ordered by Lender unless requested otherwise.

## ADDITIONAL REQUIRED ITEMS OR CONDITIONS

YOUR LOAN IS APPROVED SUBJECT TO THE FOLLOWING CONDITIONS

1.) TERMITE INSPECTION TO BE SIGNED AT CLOSING
2.) YEAR TO DATE PAY STUBS FOR BOTH WITH IN THE LAST 30 DAYS.
3.) W2'S FOR THE YEAR 2003 FROM POST OFFICE
4.) RIGHT OF RECISION
5.) PAY OFF ALL LIENS ON PROPERTY IN QUESTION WITH PROCEEDS OF YOUR REFI AT TIME OF CLOSING.
6.) LETTER FROM BAKRUPTCY TRUSTEE GIVING PERMISSION FOR REFINANCE TO INCLUDE PAYOFF FOR SAME.
7.) PAY OFF THE FOLLOWING DEBTS AT CLOSING. CITICORP

ASSOCIATES, VERIZON AND MEDICAL/COLLECTIONS
$480, $136, $54, AND $46.00
8) COPIES OF YOUR FEBURARY, MARCH AND APRIL STATEMENTS FOR ALL OF THE FOLLOWING ACCOUNTS. LEE MASON FIDELITY IRA AND THRIFT SAVINGS PLAN

## SEE NEXT PAGE INSTRUCTIONS

The Continuation of Commitment Conditions is made a part of this Commitment. Please sign and return Lender's COPY of this commitment along with any required fee and items requested, to the lender at the: [✓] above address [ ] following address, within _____ days of date hereof, or at the option of Lender, this commitment shall become null and void.
(WE) hereby accept the terms and Conditions of this Commitment.

COMMITMENT ISSUED BY:                                    ADDRESS:

_____
Authorized Signature              Date                   _____

Applicant  Kevin G. Ryan          Date                   Applicant  Marian Ryan              Date

_____                          _____
Applicant                         Date                   Applicant                           Date

Calyx Form MLC 12/93

ADDITIONAL REQUIRED ITEMS OR CONDITIONS - (continued)

**FIRE AND EXTENDED COVERAGE INSURANCE**
At the time of settlement we will require an original insurance policy containing fire and extended coverage insurance in an amount at least equal to that of the mortgage through a company acceptable to Lender, and a receipt showing premiums paid in advance for one year. The insurance policy shall also contain a standard mortgage clause in favor of Lender.

**FmHA, FHA OR VA INSURED LOANS**
Loan Commitments issued for these types of mortgage loans are subject to all the terms and conditions of the FmHA or FHA commitment, or the VA certificate of reasonable value, as well as the rules and regulations of the Farmers Home Administration, or the Department of Veterans Affairs.

**FLOOD INSURANCE**
If "Flood Insurance" is required for additional conditions, this property has been determined to be in an area which has a special flood hazard. Federal law requires that flood insurance, available through any agent, be written in either the maximum amount available or the loan balance, whichever is the lesser. This insurance will be mandatory until this loan is paid in full. By signing and accepting this commitment you acknowledge that the property securing this loan is in an area identified as having a special flood hazard and agree to these insurance requirements.

**TAX AND INSURANCE PAYMENTS**
Monthly deposits, and initial deposits as determined by Lender, are required to cover the payment of estimated annual real estate taxes, special assessments and, if applicable, FHA or Private Mortgage Insurance Premiums. Lender may also require additional deposits for hazard or other insurance if required for this loan. Such deposits are to be placed in a separate escrow or impound account.

**SPECIAL ASSESSMENTS**
All unpaid and future special assessment installments must be paid in full prior to, or at time of settlement.

**DOCUMENTATION**
The mortgage or deed of trust, note and other pertinent loan documents will be provided by Lender and must be signed by all applicants that are to be contractually liable under this obligation. Further, the mortgage or deed of trust, must also be signed by any non-applicant spouses if their signature is required under state law to create a valid lien, pass clear title, or waive inchoate rights to property. Note: Samples of loan documents are available upon request.

**CANCELLATION**
The Lender reserves the right to terminate this commitment prior to the settlement of the loan in the event of an adverse change in your personal or financial status, or the improvements on the property are damaged by fire or other casualty.

**NON-REFUNDABLE STANDBY FEE**
This commitment will become effective upon compliance with the terms herein and the receipt of your check in the amount of the nonrefundable standby fee. It is understood and agreed that if this mortgage loan is not settled in accordance with the terms and conditions of this commitment, the Lender shall retain this fee as earned charges for the origination and approval of this loan.

ADDITIONAL CONDITIONS FOR CONSTRUCTION LOANS

**CONSTRUCTION LOANS: ONE PAYOUT AND MULTIPLE PAYOUT**
Improvements are to be built in a good and workman-like manner in strict accordance with plans and specifications furnished Lender and in compliance with applicable building codes. After completion, said improvements shall be approved by a representative of Lender and an occupancy permit issued by local municipality. Any changes, whether they be additions, deletions, or alterations, of the plans and specifications, must be approved in writing by Lender in order that this loan commitment remain in effect.

**CONSTRUCTION LOANS: MULTIPLE PAYOUT**
Evidence must be submitted that the net proceeds of our loan are sufficient to complete the construction of the building, free and clear of all claims of Mechanic's Liens for labor and material. All disbursements will be made upon the order of the borrower upon presentment of proper waivers of lien, subject to compliance inspections by the Department of Veterans Affairs, the Federal Housing Administration, or Lender, not to exceed 80% of the value of the work done, and subject to the Lender having in its possession at all times an amount of undisbursed loan proceeds at least equal to the amount required to complete the improvements.

Calyx Form MLC2 06/95

# EXHIBIT "B"

# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
28 TULIP STREET
BLOCK# 00254   LOT#00017   MSA#0875
BERGENFIELD, NJ 07621-3817

### FOR:
FAIRWAY LENDING GROUP INC.
31 MERCER STREET
HACKENSACK, NJ  07601

### AS OF:
05/11/2005

### BY:
KENNETH R. ORSINI, NJSCREA

# UNIFORM RESIDENTIAL APPRAISAL REPORT
File No. 504035

## SUBJECT / Property Description

| Field | Value |
|---|---|
| Property Address | 28 TULIP STREET |
| City | BERGENFIELD |
| State | NJ |
| Zip Code | 07621-3817 |
| Legal Description | BLOCK# 00254  LOT#00017  MSA#0875 |
| County | BERGEN |
| Assessor's Parcel No. | 1103-00254-0000-00017-0000 |
| Tax Year | 2004 |
| R.E. Taxes $ | 5,663.52 |
| Special Assessments $ | 0.00 |
| Borrower | RYAN |
| Current Owner | RYAN |
| Occupant | ☒ Owner  ☐ Tenant  ☐ Vacant |
| Property rights appraised | ☒ Fee Simple  ☐ Leasehold |
| Project Type | ☐ PUD  ☐ Condominium (HUD/VA only)  HOA $ N/A /Mo. |
| Neighborhood or Project Name | N/A |
| Map Reference | MS MAPPOINT |
| Census Tract | 0032.00 |
| Sale Price $ | N/A |
| Date of Sale | 05/11/2005 |
| Description and $ amount of loan charges/concessions to be paid by seller | N/A |
| Lender/Client | FAIRWAY LENDING GROUP INC. |
| Address | 31 MERCER STREET, HACKENSACK, NJ 07601 |
| Appraiser | KENNETH R. ORSINI, NJSCREA |
| Address | 5 SICOMAC ROAD #231, NORTH HALEDON, NJ 07508 |

## NEIGHBORHOOD

| | | | | | |
|---|---|---|---|---|---|
| Location | ☐ Urban | ☒ Suburban | ☐ Rural | | |
| Built up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | |
| Growth rate | ☐ Rapid | ☒ Stable | ☐ Slow | | |
| Property values | ☐ Increasing | ☒ Stable | ☐ Declining | | |
| Demand/supply | ☐ Shortage | ☒ In balance | ☐ Over supply | | |
| Marketing time | ☐ Under 3 mos. | ☒ 3-6 mos. | ☐ Over 6 mos. | | |

Predominant occupancy: ☒ Owner  ☐ Tenant  ☒ Vacant (0-5%)  ☐ Vac.(over 5%)

Single family housing:
| PRICE $(000) | AGE (yrs) |
|---|---|
| Low 280 | 10 |
| High 550 | 90 |
| Predominant 350 | 60 |

Present land use %: One family 90; 2-4 family 10; Multi-family ___; Commercial ___

Land use change: ☒ Not likely  ☐ Likely  ☐ In process  To: ___

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: MAIN STREET IS TO THE NORTH; LIBERTY ROAD IS TO THE SOUTH; WASHINGTON AVENUE IS TO THE WEST; AND THE TENAFLY TOWNSHIP BORDER IS TO THE EAST.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): THE SUBJECT IS LOCATED IN A QUIET RESIDENTIAL AREA WITH HOMES OF SIMILAR STYLES, SIZES, AND AGES. ALL ESSENTIAL LIVING AMENITIES ARE WITHIN CLOSE PROXIMITY TO SUBJECT INCLUDING RECREATIONAL FACILITIES, SCHOOLS, HOUSES OF WORSHIP, MAJOR EMPLOYMENT AND SHOPPING CENTERS, MAJOR ROADS AND HIGHWAYS, AND PUBLIC TRANSPORTATION. FUTURE MARKETABILITY SHOULD REMAIN FAVORABLE.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): LAND RECORDS AND MULTIPLE LISTING SERVICE SALES DATA INDICATE A CURRENT STABLE REAL ESTATE MARKET, THEREFORE, SELLERS ARE NOT REQUIRED TO OFFER SALES OR FINANCING CONCESSIONS AT THIS TIME. DEMAND FOR HOUSING APPEARS "IN BALANCE", AND CURRENT MARKET CONDITIONS PRECLUDE AN INCREASE IN SALES PRICES. CORRECTLY LISTED PROPERTIES APPEAR TO BE 5% TO 10% ABOVE ACTUAL SALES PRICES WITH MARKETING TIME USUALLY 3 TO 6 MONTHS.

## PUD

Project Information for PUDs (If applicable) -- Is the developer/builder in control of the Home Owners' Association (HOA)?  ☐ Yes  ☐ No  ☒ N/A
Approximate total number of units in the subject project: N/A    Approximate total number of units for sale in the subject project: N/A
Describe common elements and recreational facilities: N/A

## SITE

| Field | Value |
|---|---|
| Dimensions | 40' X 100' |
| Site area | 4,000 S/F |
| Corner Lot | ☒ Yes  ☐ No |
| Specific zoning classification and description | R-5; SINGLE FAM RES (5,000 SF MIN LOT REQ) |
| Zoning compliance | ☐ Legal  ☒ Legal nonconforming (Grandfathered use)  ☐ Illegal  ☐ No zoning |
| Highest & best use as improved | ☒ Present use  ☐ Other use (explain) |
| Topography | LEVEL |
| Size | AVERAGE FOR THE AREA |
| Shape | RECTANGULAR |
| Drainage | APPEARS ADEQUATE |
| View | AVERAGE/TYPICAL |
| Landscaping | AVG/TYPICAL |
| Driveway Surface | PAVED ASPHALT |
| Apparent easements | NONE NOTED |
| FEMA Special Flood Hazard Area | ☐ Yes  ☒ No |
| FEMA Zone | X    Map Date 9/20/1995 |
| FEMA Map No. | 34003C0211F |

Utilities (Public / Other):
- Electricity: Public ☒  100 AMPS
- Gas: Public ☒
- Water: Public ☒
- Sanitary sewer: Public ☒
- Storm sewer: Public ☒

Off-site Improvements (Type / Public / Private):
- Street: PAVED ASPHALT  Public ☒
- Curb/gutter: CONCRETE  Public ☒
- Sidewalk: CONCRETE  Public ☒
- Street lights: ELECTRIC  Public ☒
- Alley: NONE NOTED

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): NO ADVERSE EFFECTS DISCLOSED OR VISUALLY NOTED BY APPRAISER. (SEE ADDENDUM REGARDING ZONING).

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | BLOCK | Slab | NONE | Area Sq. Ft. | 759 | Roof | ☐ |
| No. of Stories | 2 | Exterior Walls | ALUM;WD SHK | Crawl Space | NONE NOTED | % Finished | 0% | Ceiling | CNCLD ☒ |
| Type (Det./Att.) | DETACHED | Roof Surface | ASPH. SH. | Basement | 100 % | Ceiling | OPEN JOIST | Walls | CNCLD ☒ |
| Design (Style) | COLONIAL | Gutters & Dwnspts. | ALUMINUM | Sump Pump | NONE NOTED | Walls | BLOCK | Floor | ☐ |
| Existing/Proposed | EXISTING | Window Type | D/HUNG | Dampness | NONE NOTED | Floor | CONCRETE | None | ☐ |
| Age (Yrs.) | 65 +/- | Storm/Screens | COMBO/YES | Settlement | NONE NOTED | Outside Entry | YES | Unknown | CNCLD ☒ |
| Effective Age (Yrs.) | 15-20 | Manufactured House | NO | Infestation | NONE NOTED | UNFINISHED,LAUNDRY | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | X | | 759 |
| Level 1 | X | 1 | 1 | 1 | 1 | | | | 1 | | | 759 |
| Level 2 | | | | | | | | 3 | 1 | | | 575 |

Finished area above grade contains: 7 Rooms; 3 Bedroom(s); 2 Bath(s); 1,334 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | DRIVEWAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | VINYL;HW;CPT/AVG | Type | HW | Refrigerator | ☒ | None | ☐ | Fireplace(s) # | ☐ | None | ☐ |
| Walls | DW;PLASTER/AVG | Fuel | GAS | Range/Oven | ☒ | Stairs | ☒ | Patio | ☐ | Garage | # of cars ___ |
| Trim/Finish | WD;STN;PNT/AVG | Condition | AVG | Disposal | ☐ | Drop Stair | ☐ | Deck 1 | ☒ | Attached | ☐ |
| Bath Floor | CTILE/AVG | COOLING | | Dishwasher | ☒ | Scuttle | ☐ | Porch ENCLOSED | ☒ | Detached | ☐ |
| Bath Wainscot | CTILE/AVG. | Central | NONE | Fan/Hood | ☒ | Floor | ☒ | Fence | ☐ | Built-In | ☐ |
| Doors | WOOD/AVG | Other | NONE | Microwave | ☐ | Heated | ☐ | Pool | ☐ | Carport | ☐ |
| | | Condition | N/A | Washer/Dryer | ☐ | Finished | ☐ | | | Driveway | PAVED |

Additional features (special energy efficient items, etc.): SUBJECT HAS AN ENCLOSED PORCH, A DECK, A LARGE SHED AND APPEARS TO BE IN "AVERAGE" OVERALL CONDITION. (NO VALUE GIVEN TO SUBJECT'S SHED).

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: NORMAL PHYSICAL DEPRECIATION WAS NOTED. NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE WAS NOTED AT TIME OF INSPECTION. ROOF AND MECHANICALS APPEARED SATISFACTORY AT TIME OF INSPECTION.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.: THE APPRAISER IS NOT QUALIFIED TO TAKE AIR, WATER OR SOIL SAMPLES. THE APPRAISER RESERVES THE RIGHT TO AMEND THE REPORT IF SUCH FACTORS BECOME KNOWN.

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 504035

## Valuation Section

### COST APPROACH

| | | |
|---|---|---|
| ESTIMATED SITE VALUE | = $ | 175,000 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | |
| Dwelling  1,334 Sq. Ft. @ $ 90.00 | = $ | 120,060 |
| 759 Sq. Ft. @ $ 35.00 | = | 26,565 |
| ENC. PORCH, DECK | = | 10,000 |
| Garage/Carport  0  Sq. Ft. @ $ | = | |
| Total Estimated Cost New | = $ | 156,625 |
| Less  Physical  Functional  External | | |
| Depreciation  28,193 | = $ | 28,193 |
| Depreciated Value of Improvements | = $ | 128,432 |
| "As-is" Value of Site Improvements | = $ | 8,000 |
| INDICATED VALUE BY COST APPROACH | = $ | 311,432 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): SEE SKETCH ADDENDUM FOR SPECIFIC GLA CALCULATIONS. SOURCES OF COST ESTIMATE IS BOTH MARSHALL & SWIFT RESIDENTIAL COST ESTIMATOR, AND LOCAL BUILDERS. NO FUNCTIONAL OR EXTERNAL DEPRECIATION NOTED.

**LAND TO VALUE RATIO, (OVER 30%), IS COMMON AND TYPICAL FOR THE AREA.

ESTIMATED REMAINING ECONOMIC LIFE IS 40-45 YEARS.

### SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 28 TULIP STREET BERGENFIELD | 143 WEST CLINTON AVENUE BERGENFIELD | | 22 WEST BROAD STREET BERGENFIELD | | 11 CARNATION STREET BERGENFIELD | |
| Proximity to Subject | | WITHIN 0.5 MILE +/- | | WITHIN 0.17 MILE +/- | | WITHIN 0.1 MILE +/- | |
| Sales Price | $ N/A | $ | 298,000 | $ | 310,000 | $ | 319,000 |
| Price/Gross Living Area | $ | $ 229.23 | | $ 238.46 | | $ 255.20 | |
| Data and/or Verification Source | INSPECTION | MLS#2421809 | | MLS#2502031 | | MLS#2423328 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | CONV/NONE DOM =40 | | CONV/NONE DOM =13 | | CONV/NONE DOM=131 | |
| Date of Sale/Time | | 11/04/2004 | | 03/16/2005 | | 01/21/2005 | |
| Location | AVERAGE | SIMILAR | | SIMILAR | | SIMILAR | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 4,000 S/F | 4,000 S/F | | 2,500 S/F | | 5,050 S/F | |
| View | AVG/TYPICAL | AVG/TYPICAL | | AVG/TYPICAL | | AVG/TYPICAL | |
| Design and Appeal | COLONIAL/AVG | COLONIAL/AVG | | COLONIAL/AVG | | CAPE COD/AVG | |
| Quality of Construction | AVERAGE | SIMILAR | | SIMILAR | | SIMILAR | |
| Age | 75 +/- | 60 +/- | | 70 +/- | | 75 +/- | |
| Condition | AVERAGE | SIMILAR | | SIMILAR | | SIMILAR | |
| Above Grade Room Count | Total 7 Bdrms 3 Baths 2 | Total 6 Bdrms 3 Baths 1 | +4,000 | Total 6 Bdrms 3 Baths 2 | | Total 6 Bdrms 3 Baths 1 | +4,000 |
| Gross Living Area | 1,334 Sq. Ft. | 1,300 Sq. Ft. | | 1,300 Sq. Ft. | | 1,250 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | FULL BST. UNFINISHED | FULL BST UNFINISHED | | FULL BST. FINISHED | -3,000 | FULL BST FINISHED | -3,000 |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | HW/NONE | HW/NONE | | FWA/NONE | | FWA/NONE | |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Garage/Carport | DRIVEWAY | 1 CAR GARAGE | -2,500 | DRIVEWAY | | 1 CAR GARAGE | -2,500 |
| Porch, Patio, Deck, Fireplace(s), etc. | EN.PCH,DECK NONE | PORCH,PATIO NONE | +1,000 | DECK NONE | +3,000 | EN.PCH,DECK NONE | |
| Fence, Pool, etc. | NONE | NONE | | NONE | | NONE | |
| Net Adj. (total) | | ☒ +  ☐ - $ | 2,500 | ☐ +  ☐ - $ | | ☐ +  ☒ - $ | 1,500 |
| Adjusted Sales Price of Comparable | | Net 0.8 % Gross 2.5 % $ | 300,500 | Net     % Gross 1.9 % $ | 310,000 | Net 0.5 % Gross 3.0 % $ | 317,500 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): ALL FOUR SALES COMPS WERE GIVEN EQUAL WEIGHT IN THE FINAL VALUE ESTIMATE. SUBJECT IS AT THE LOWER END OF THE PREDOMINANT MARKET AREA VALUES. ALL COMPS ARE SIMILAR TO SUBJECT AND ARE CONSIDERED TO BE "GOOD" INDICATORS OF SUBJECT'S PRESENT MARKET VALUE. COMPS 1,3 AND 4 HAVE A GARAGE. ALTHOUGH "ROOM COUNTS" DIFFER, GLA'S ARE SIMILAR. ALL OTHER ADJUSTMENTS WERE MINOR.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | N/A  PUBLIC RCDS | N/A  PUBLIC RCDS | N/A  PUBLIC RCDS | N/A  PUBLIC RCDS |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: NO PRIOR SALES OF COMPS OVER THE PAST 12 MONTHS, OTHER THEN WHAT IS NOTED ABOVE. SEE ADDENDUM REGARDING SUBJECT'S 36 MONTHS SALES HISTORY.

**INDICATED VALUE BY SALES COMPARISON APPROACH** $ 305,000

**INDICATED VALUE BY INCOME APPROACH** (if Applicable)  Estimated Market Rent $ *IDA /Mo. x Gross Rent Multiplier *IDA = $ *IDA

### RECONCILIATION

This appraisal is made ☒ "as is"  ☐ subject to the repairs, alterations, inspections or conditions listed below  ☐ subject to completion per plans & specifications.

Conditions of Appraisal: THERE ARE NO CONDITIONS TO THIS APPRAISAL. THE INTENDED USE OF THIS APPRAISAL IS TO SECURE FINANCING. THE INTENDED USER IS THE CLIENT. THIS REPORT IS NOT TO BE USED FOR ANY OTHER PURPOSE.

Final Reconciliation: RELIABLE AND ADEQUATE DIRECT SALES OF SIMILAR AND COMPETING TYPE DWELLINGS PROVIDED THE BEST ESTIMATE OF CURRENT MARKET VALUE FOR THE SUBJECT PROPERTY. COST APPROACH CONFIRMS A SIMILAR VALUE. *INSUFFICIENT DATA WAS AVAILABLE TO CALCULATE THE INCOME APPROACH.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised  06/93  ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF  05/11/2005  (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE  $ 305,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature  [signed] | Signature | ☐ Did  ☐ Did Not Inspect Property |
| Name  KENNETH R. ORSINI, NJSCREA | Name | |
| Date Report Signed  05/11/2005 | Date Report Signed | |
| State Certification #  NJ42RC00047100  State NJ | State Certification #  State | |
| Or State License #  State | Or State License #  State | |

# UNIFORM RESIDENTIAL APPRAISAL REPORT
## MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject. If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | +(−)$ Adjust. | COMPARABLE NO. 5 | +(−)$ Adjust. | COMPARABLE NO. 6 | +(−)$ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 28 TULIP STREET BERGENFIELD | 290 GALVAN PLACE BERGENFIELD | | | | | |
| Proximity to Subject | | WITHIN 0.7 MILE +/- | | | | | |
| Sales Price | $ N/A | $ 308,000 | | $ | | $ | |
| Price/Gross Living Area | $ | $ 220.00 | | $ | | $ | |
| Data and/or Verification Sources | INSPECTION | MLS#2412901 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | FHA/NONE DOM=123 | | | | | |
| Date of Sale/Time | | 11/12/2004 | | | | | |
| Location | AVERAGE | SIMILAR | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | | | | |
| Site | 4,000 S/F | 4,000 S/F | | | | | |
| View | AVG/TYPICAL | AVG/TYPICAL | | | | | |
| Design and Appeal | COLONIAL/AVG | COLONIAL/AVG | | | | | |
| Quality of Construction | AVERAGE | SIMILAR | | | | | |
| Age | 75 +/- | 70 +/- | | | | | |
| Condition | AVERAGE | SIMILAR | | | | | |
| Above Grade Room Count | Total 7 Bdrms 3 Baths 2 | Total 6 Bdrms 3 Baths 1.5 | +2,000 | Total Bdrms Baths | | Total Bdrms Baths | |
| Gross Living Area | 1,334 Sq. Ft. | 1,400 Sq. Ft. | | Sq. Ft. | | Sq. Ft. | |
| Basement & Finished Rooms Below Grade | FULL BST. UNFINISHED | FULL BST. FINISHED | -3,000 | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | |
| Heating/Cooling | HW/NONE | HW/NONE | | | | | |
| Energy Efficient Items | TYPICAL | TYPICAL | | | | | |
| Garage/Carport | DRIVEWAY | 1 CAR GARAGE | -2,500 | | | | |
| Porch, Patio, Deck, Fireplace(s), etc. | EN.PCH,DECK NONE | DECK,PATIO NONE | +1,000 | | | | |
| Fence, Pool, etc. | NONE | NONE | | | | | |
| Net Adj. (total) | | ☐ + ☒ − $ | 2,500 | ☐ + ☐ − $ | | ☐ + ☐ − $ | |
| Adjusted Sales Price of Comparable | | Net 0.8 % Gross 2.8 % $ | 305,500 | Net % Gross % $ | | Net % Gross % $ | |
| Date, Price and Data Source for prior sales within year of appraisal | N/A PUBLIC RCDS | N/A PUBLIC RCDS | | | | | |

Comments: _____

Market Data Analysis 6-93

Form UA2.(AC) — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

| | | | |
|---|---|---|---|
| Borrower/Client | RYAN | | File No.  504035 |
| Property Address | 28 TULIP STREET | | |
| City  BERGENFIELD | County  BERGEN | State  NJ | Zip Code  07621-3817 |
| Lender  FAIRWAY LENDING GROUP INC. | | | |

**LEGAL NON-CONFORMING USE:**

THE SUBJECT PROPERTY IS "LEGAL NON-CONFORMING" DUE TO IT'S LOT SIZE BEING LESS THAN THE CURRENT MINIMUM REQUIRED. SUBJECT WAS BUILT PRIOR TO THE CURRENT ZONING LAWS AND HAS ENJOYED A "GRANDFATHERED" USE WHICH MAY CONTINUE AS LONG AS THE SUBJECT REMAINS UNCHANGED. THIS IS COMMON AND TYPICAL IN THE SUBJECT'S MARKETING AREA AND HAS NO ADVERSE EFFECT ON MARKETABILITY.

\*\*\*THE NEW JERSEY BOOK ON PLANNING AND ZONING FOR MUNICIPALITIES, (PAGE#387---40:55D-68). STATES THAT..... *"ANY NON-CONFORMING USE OR STRUCTURE EXISTING AT THE TIME OF THE PASSAGE OF AN ORDINANCE MAY BE CONTINUED UPON THE LOT OR IN THE STRUCTURE SO OCCUPIED AND ANY SUCH STRUCTURE MAY BE RESTORED OR REPAIRED IN THE EVENT OF THE PARTIAL DESTRUCTION THEREOF.*

THIS WOULD APPLY TO THE SUBJECT PROPERTY SINCE SUBJECT WAS EXISTING AT THE TIME OF THE PASSAGE OF THE NEW AND PRESENT ORDINANCE.
THEREFORE, IN THE EVENT THAT SUBJECT IS *DESTROYED, IT COULD BE RE-BUILT 100% WITHOUT A VARIANCE, REGARDLESS OF THE PERCENTAGE OF DAMAGE, AS LONG AS THE NEW STRUCTURE IS  BUILT WITHIN THE EXISTING FOOTPRINT/FOUNDATION.*

APPRAISER MAKES NO REPRESENTATIONS OR GUARANTEES SINCE HE IS RELYING ON INFORMATION OBTAINED FROM CONVERSATIONS WITH LOCAL MUNICIPAL EMPLOYEES IN ADDITION TO THE STATED PASSAGE FROM THE NEW JERSEY BOOK ON PLANNING AND ZONING FOR MUNICIPALITIES. FOR FURTHER SECURITY, IT IS RECOMMENDED THAT ADEQUATE PROTECTION FOR THIS MATTER BE SECURED WITHIN HOMEOWNER'S INSURANCE POLICY.

**\*\*\*\*\*\*\*\*\*\*\* 36 MONTH SALES HISTORY FOR SUBJECT PROPERTY.**
\*\*SUBJECT HAS NOT PASSED TITLE OVER THE PAST 36 MONTHS.
PLEASE BE AWARE THAT APPRAISER RELIES SOLELY ON MULTIPLE LISTING SERVICE SALES DATA AND TAX RECORDS FURNISHED BY MLS SERVICE. SINCE APPRAISER IS NOT A TITLE COMPANY, IT IS RECOMMENDED THAT A TITLE SEARCH BE COMPLETED BY A LICENSED PROFESSIONAL AND RELIABLE TITLE COMPANY.

 **TWELVE MONTH LISTING HISTORY FOR SUBJECT:**
ACCORDING TO THE LOCAL MLS SERVICE LISTING DATA; SUBJECT WAS NOT LISTED "FOR SALE" OVER THE PAST 12 MONTHS.

**USE OF DIGITAL TECHNOLOGY:**
THE ELECTRONIC SIGNATURE USED IN THIS APPRAISAL REPORT IS SECURED BY THIS APPRAISER TO BE TRUE AND ACCURATE, AND HAS NOT BEEN ALTERED IN ANY MANNER.  IT IS PASSWORD PROTECTED AND NO ONE ELSE HAS ACCESS TO MODIFY, CHANGE, OR ALTER THIS REPORT WITHOUT THE USE OF THE DIGITIZED SIGNATURE.

| | |
|---|---|
| Borrower RYAN | File No. 504035 |
| Property Address 28 TULIP STREET | |
| City BERGENFIELD  County BERGEN  State NJ | Zip Code 07621-3817 |
| Lender FAIRWAY LENDING GROUP INC. | |

## APPRAISAL AND REPORT IDENTIFICATION

**This appraisal conforms to one of the following definitions:**

☒ **Complete Appraisal** (The act or process of estimating value, or an opinion of value, performed without invoking the Departure Rule.)

☐ **Limited Appraisal** (The act or process of estimating value, or an opinion of value, performed under and resulting from invoking the Departure Rule.)

**This report is one of the following types:**

☐ **Self Contained** (A written report prepared under Standards Rule 2-2(a) of a Complete or Limited Appraisal performed under STANDARD 1.)

☒ **Summary** (A written report prepared under Standards Rule 2-2(b) of a Complete or Limited Appraisal performed under STANDARD 1.)

☐ **Restricted** (A written report prepared under Standards Rule 2-2(c) of a Complete or Limited Appraisal performed under STANDARD 1, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.
The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.
I have no (or the specified) present or prospective interest in the property that is the subject of this report, and no (or the specified) personal interest with respect to the parties involved.
I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
My engagement in this assignment was not contingent upon developing or reporting predetermined results.
My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
My analyses, opinions and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
I have (or have not) made a personal inspection of the property that is the subject of this report.
No one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

## Comments on Appraisal and Report Identification

Note any departures from Standards Rules 1-3 and 1-4, plus any USPAP-related issues requiring disclosure:
STANDARDS RULE # 1-4(C) - THE INCOME APPROACH IS NOT INCLUDED IN THIS ANALYSIS. INSUFFICIENT AVAILABLE DATA TO FORMULATE A RELIABLE GRM FOR THE INCOME APPROACH.
STANDARDS RULE #1-4(G) - PERSONAL PROPERTY IS NOT INCLUDED IN THIS ANALYSIS. PERSONAL PROPERTY IS NOT CONSIDERED TO BE CONTRIBUTORY TO THE VALUE CONCLUSION.

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: *[signed]* | Signature: |
| Name: KENNETH R. ORSINI, NJSCREA | Name: |
| Date Signed: 05/11/2005 | Date Signed: |
| State Certification #: NJ42RC00047100 | State Certification #: |
| or State License #: | or State License #: |
| State: NJ | State: |
| Expiration Date of Certification or License: 12/31/2005 | Expiration Date of Certification or License: |
| | ☐ Did  ☐ Did Not  Inspect Property |

File No. 504035

## Subject Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | RYAN | | | |
| Property Address | 28 TULIP STREET | | | |
| City  BERGENFIELD | County  BERGEN | State  NJ | Zip Code  07621-3817 |
| Lender  FAIRWAY LENDING GROUP INC. | | | | |



### Subject Front

28 TULIP STREET
Sales Price           N/A
Gross Living Area     1,334
Total Rooms           7
Total Bedrooms        3
Total Bathrooms       2
Location              AVERAGE
View                  AVG/TYPICAL
Site                  4,000 S/F
Quality               AVERAGE
Age                   75 +/-



### Subject Rear



### Subject Street

# Photograph Addendum

| | |
|---|---|
| Borrower/Client | RYAN |
| Property Address | 28 TULIP STREET |
| City BERGENFIELD | County BERGEN    State NJ    Zip Code 07621-3817 |
| Lender | FAIRWAY LENDING GROUP INC. |



LIVING ROOM

Comments:



DINING ROOM

Comments:



BATHROOM

Comments:



BATHROOM

Comments:

# Comparable Photo Page

| | |
|---|---|
| Borrower/Client | RYAN |
| Property Address | 28 TULIP STREET |
| City BERGENFIELD | County BERGEN   State NJ   Zip Code 07621-3817 |
| Lender | FAIRWAY LENDING GROUP INC. |



### Comparable 1
143 WEST CLINTON AVENUE
Prox. to Subject   WITHIN 0.5 MILE +/-
Sale Price   298,000
Gross Living Area   1,300
Total Rooms   6
Total Bedrooms   3
Total Bathrooms   1
Location   SIMILAR
View   AVG/TYPICAL
Site   4,000 S/F
Quality   SIMILAR
Age   60 +/-



### Comparable 2
22 WEST BROAD STREET
Prox. to Subject   WITHIN 0.17 MILE +/-
Sale Price   310,000
Gross Living Area   1,300
Total Rooms   6
Total Bedrooms   3
Total Bathrooms   2
Location   SIMILAR
View   AVG/TYPICAL
Site   2,500 S/F
Quality   SIMILAR
Age   70 +/-



### Comparable 3
11 CARNATION STREET
Prox. to Subject   WITHIN 0.1 MILE +/-
Sale Price   319,000
Gross Living Area   1,250
Total Rooms   6
Total Bedrooms   3
Total Bathrooms   1
Location   SIMILAR
View   AVG/TYPICAL
Site   5,050 S/F
Quality   SIMILAR
Age   75 +/-

# Comparable Photo Page

| | |
|---|---|
| Borrower/Client | RYAN |
| Property Address | 28 TULIP STREET |
| City BERGENFIELD | County BERGEN    State NJ    Zip Code 07621-3817 |
| Lender | FAIRWAY LENDING GROUP INC. |



### Comparable 4
290 GALVAN PLACE

| | |
|---|---|
| Prox. to Subject | WITHIN 0.7 MILE +/- |
| Sale Price | 308,000 |
| Gross Living Area | 1,400 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.5 |
| Location | SIMILAR |
| View | AVG/TYPICAL |
| Site | 4,000 S/F |
| Quality | SIMILAR |
| Age | 70 +/- |

### Comparable 5

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

### Comparable 6

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

# Building Sketch (Page - 1)

| | |
|---|---|
| Borrower/Client | RYAN |
| Property Address | 28 TULIP STREET |
| City BERGENFIELD | County BERGEN   State NJ   Zip Code 07621-3817 |
| Lender | FAIRWAY LENDING GROUP INC. |



Sketch by Apex IV™

Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 759.00 | 759.00 |
| GLA2 | Second Floor | 575.00 | 575.00 |
| | TOTAL LIVABLE    (rounded) | | 1334 |

### LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| 23.0 | x | 33.0 | 759.00 |
| Second Floor | | | |
| 23.0 | x | 25.0 | 575.00 |
| 2 Calculations Total (rounded) | | | 1334 |

**Location Map**

| | |
|---|---|
| Borrower/Client | RYAN |
| Property Address | 28 TULIP STREET |
| City BERGENFIELD | County BERGEN    State NJ    Zip Code 07621-3817 |
| Lender | FAIRWAY LENDING GROUP INC. |



Form MAP.LOC — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

> *Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

### STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 28 TULIP STREET, BERGENFIELD, NJ 07621-3817

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: *[signature]* | Signature: |
| Name: KENNETH R. ORSINI, NJSCREA | Name: |
| Date Signed: 05/11/2005 | Date Signed: |
| State Certification #: NJ42RC00047100 | State Certification #: |
| or State License #: | or State License #: |
| State: NJ | State: |
| Expiration Date of Certification or License: 12/31/2005 | Expiration Date of Certification or License: |
| | ☐ Did    ☐ Did Not Inspect Property |