| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| CRAIG SQUITIERI, ESQ.<br>Law Offices of Generoso Squitieri<br>2071 Lemoine Avenue<br>P.O. Box 1507<br>Fort Lee, New Jersey 07024-1507<br>(201)969-8000<br>Attorney for the Debtors | |
| In Re:<br><br>Kevin & Marian Ryan | Case No.: : **03-37974** (MS)<br><br>Hearing Date: June 16, 2005<br><br>Judge: Honorable Judge Morris Stern |

**ORDER AUTHORIZING THE REFINANCE OF THE DEBTOR'S REAL PROPERTY
LOCATED AT AND KNOWN AS 28 TULIP STREET, BERGENFIELD, NEW JERSEY**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

Debtor(s):        Kevin & Marian Ryan

Case No.:        **03-37974** (MS)

Caption of Order:    Order authorizing the refinance the Debtor's real property located at and known as 28 Tulip Street, Bergenfield, New Jersey

---

THIS MATTER having been opened by the Court by way of motion of Craig Squitieri, counsel to the Debtor, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

IT IS NOW THEREFORE;

**ORDERED**, that the Debtors, Kevin & Marian Ryan, be and hereby are authorized to refinance their real property located at and known as 28 Tulip Street, Bergenfield, New Jersey, which refinance will pay the amount necessary to fulfill the balance of the debtors existing mortgages with Citimortgage Inc. and Citifinancial Mortgage, closing costs and adjustments, the Debtors exemption, legal fees, 100% to all unsecured creditors who filed a proof of claim, and any remaining funds to the Debtors.